IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RAYMOND S. DOMAN,  :
:
    Petitioner  :
:
  v.  :  CIVIL NO. 4:CV-16-543
:
LAUREL HARRY,  :  (Judge Brann)
:
    Respondent  :

## **ORDER**

April 4, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner is **GRANTED** leave to proceed in forma pauperis solely for the purpose filing this action with this Court.

2. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** the case.

                BY THE COURT:

                s/ Matthew W. Brann
                Matthew W. Brann
                United States District Judge